*RECOMMENDED FOR FULL-TEXT PUBLICATION*
Pursuant to Sixth Circuit Rule 206

File Name: 08a0465p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

_____

UNITED STATES OF AMERICA,

               *Plaintiff-Appellee,*

     *v.*

LONNIE RAY DAVIS,

               *Defendant-Appellant.*

No. 07-1964

Filed:  December 31, 2008

Before:  MARTIN and GILMAN, Circuit Judges; DOWD, District Judge.[*]

_____

**ORDER**

_____

The opinion and judgment of December 19, 2008, are hereby withdrawn.

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green

_____

Clerk

---

[*] The Honorable David D. Dowd, Jr., Senior District Judge for the Northern District of Ohio, sitting by designation.

1